IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vesper Properties, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Wilmington Savings Fund Society, FSB, as Trustee of Stanwich, et al.<br><br>　　　　Defendants. | No. CV-22-00268-TUC-JGZ<br><br>**ORDER** |

　　　　This matter having come before the Court, by and through the parties' Stipulation for Dismissal with Prejudice (Doc. 10), and good cause appearing therein,

　　　　**IT IS HEREBY ORDERED** that this matter is hereby dismissed **WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

　　　　Dated this 15th day of July, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge